DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00188-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DEVESTON FLEMON,
§
 APPEAL FROM THE 145TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 NACOGDOCHES COUNTY, TEXAS







MEMORANDUM OPINION (1)


 Appellant has filed a motion to withdraw his notice of appeal. The motion is signed by
Appellant and his counsel. No decision having been delivered by this Court, the motion is granted,
and the appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.


Opinion delivered August 14, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.






(DO NOT PUBLISH)
1. See Tex. R. App. P. 47.1.